UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Petitioner,

                            MISC. NO. 12-mc-50169

  -vs-

                            HON. ROBERT H. CLELAND

OPINDER KAUR, PRESIDENT,
KEVIN AND NICK, INC.,

      Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against Opinder Kaur, President, Kevin and Nick, Inc.;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Opinder Kaur, President, Kevin and Nick, Inc., by the petitioner is hereby dismissed without prejudice.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 1, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 1, 2012, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522