UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

OPINDER KAUR, PRESIDENT,
KEVIN AND NICK, INC.,

    Respondent.
_____/

MISC. NO. 12-mc-50169

HON. ROBERT H. CLELAND

## ORDER DISMISSING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against Opinder Kaur, President, Kevin and Nick, Inc.;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Opinder Kaur, President, Kevin and Nick, Inc., by the petitioner is hereby dismissed without prejudice.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: May 1, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 1, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522